

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00456-CR

Martin **PENA**, Jr.
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8369
Honorable Kirsten Cohoon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 7, 2023.

_____
Lori I. Valenzuela, Justice